### 13381.   MOORE *v.* THE STATE.

BROYLES, C. J.   1. None of the excerpts from the charge of the court, complained of in the motion for a new trial, when considered in the light of the entire charge and the facts of the case, shows material error.

2. The verdict was authorized by the evidence, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED MAY 9, 1922.

Indictment for manufacture of liquor; from Bibb superior court — Judge Humphries presiding. February 11, 1922.

*D. W. McCoy, J. D. Hughes, John R. Cooper, W. O. Cooper Jr.,* for plaintiff in error.

*Charles H. Garrett, solicitor-general,* contra.